UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DWIQUITA LANETTE RUTLEDGE,

Plaintiff,

v.

ERICA COTY GRISWALD, *et al.*,

Defendants.

Case No. 2:15-cv-02175-APG-GWF

**ORDER SEALING DOCKET ENTRIES AND DIRECTING PLAINTIFF TO COMPLY WITH LOCAL RULES**

Plaintiff Dwiquita Rutledge has filed numerous documents in this case that contain the full names, photographs, and other personal identifiers of minor children without filing those documents under seal. Under Local Rule IC 6-1, parties "must refrain from including—or must partially redact, where inclusion is necessary" personal-data identifiers "from all documents filed with the court, including exhibits, whether filed electronically or in paper." Personal-data identifiers include social security numbers, names of minor children, dates of birth, financial account numbers, and home addresses. LR IC 6-1(a). I therefore direct the clerk of court to seal those documents.

I admonish Rutledge to cease filing documents on the public record containing personal identifiers of minor children. Minor children may be referred to by their initials. *Id.* If it is necessary to file a document revealing the minor child's personal identifiers, then Rutledge should file an unredacted sealed document and a redacted copy for the public record.

IT IS THEREFORE ORDERED that the clerk of court shall seal the following docket entries: ECF Nos 2, 3-1, 4-1, 5, 5-1, 9, 10, 11, 12, 13, 14, 15, and 24.

DATED this 9th day of November, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE