# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

DWIQUITA LANETTE RUTLEDGE,

    Plaintiff,

v.

ERICA COTY GRISWALD, et al.,

    Defendants.

Case No. 2:15-cv-02175-APG-GWF

**ORDER DISMISSING CASE**

    Plaintiff Dwiquita Rutledge brought claims for foster care abuse, assault, libel, and slander arising from alleged misconduct by Clark County employees against Rutledge's natural children. The defendants moved to dismiss the case for lack of subject matter jurisdiction. I granted that motion because the complaint presented no federal question and Rutledge failed to assert diversity jurisdiction. ECF No. 30. However, I granted Rutledge leave to file an amended complaint to cure the jurisdictional defects. *Id.*

    Rutledge filed a document entitled amended complaint but the document does not identify any defendants nor does it set forth a short and plain statement of Rutledge's claims. ECF No. 32. Instead, it reads more like a motion for reconsideration of my prior order. However, Rutledge still does not identify a basis for this court to exercise subject matter jurisdiction.

    United States district courts are courts of limited jurisdiction. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). The Court has original jurisdiction over cases "arising under the Constitution, treaties or laws of the United States" (called "federal question jurisdiction"), or when the amount in controversy exceeds the sum of $75,000 and the citizenship of each plaintiff is different from that of each defendant (called "diversity jurisdiction"). 28 U.S.C. § 1331; 28 U.S.C. § 1332(a); *see also Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996)

("complete diversity of citizenship" is required). The party asserting that this Court has jurisdiction bears the burden of establishing it. *See Kokkonen*, 511 U.S. at 377. Rutledge has not met her burden of establishing that subject matter jurisdiction exists in this Court.

IT IS THEREFORE ORDERED that the clerk of court shall close this case. The dismissal of this case is without prejudice to Rutledge attempting to pursue her claims in state court.

DATED this 10th day of November, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE